# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **Kevin Nightingale and Nightingale Chiropractic & Wellness, P.C,** | ) <br> ) Case No.: <br> ) <br> ) <br> ) **1:21-cv-00208-JLS** |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| **Local Search Group, LLC,** | ) <br> ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: March 10, 2021

/s/ Craig Thor Kimmel_____
CRAIG THOR KIMMEL, ESQUIRE
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: kimmel@creditlaw.com

## CERTIFICATE OF SERVICE

I, Craig Thor Kimmel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via w:

Aaron M. Cohen, Esq.
Aaron M. Cohen P.A.
110 Via D'Este, Suite 303
Delray Beach FL 33445
(561) 542-5494
amc@aaronmcohenpa.com
Attorney for Defendant


/s/ Craig Thor Kimmel
CRAIG THOR KIMMEL, ESQUIRE
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: kimmel@creditlaw.com