Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN NIGHTINGALE AND NIGHTINGALE CHIROPRACTIC & WELLNESS, P.C., <br><br> Plaintiff, <br><br> v. <br><br> LOCAL SEARCH GROUP, LLC.., <br><br> Defendant. | Civil Action No. 1:21-cv-00208-JLS |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| /s/ *Aaron M. Cohen* | /s/ *Craig Thor Kimmel* |
| Aaron M. Cohen | Craig Thor Kimmel Esq. |
| Aaron M. Cohen, PA | Kimmel & Silverman, P.C. |
| 110 Via D'este, Suite 303 | 30 East Butler Pike |
| Delray Beach, FL 33445 | Ambler, PA 19002 |
| Phone: 561 542-5494 | Phone: (215) 540-8888 |
| Fax: 561 431-8162 | Fax: (215) 540-8817 |
| Email: amc@aaronmcohenpa.com | Email: teamkimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: March 26, 2021 | Date: March 26, 2021 |

- 1 -

STIPULATION FOR DISMISSAL

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Aaron M. Cohen
Aaron M. Cohen, PA
110 Via D'este, Suite 303
Delray Beach, FL 33445
Phone: 561 542-5494
Fax: 561 431-8162
Email: amc@aaronmcohenpa.com
Attorney for the Defendant

DATED: March 26, 2021  /s/ *Craig Thor Kimmel*
Craig Thor Kimmel Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: teamkimmel@creditlaw.com
Attorney for the Plaintiff